# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BOWER HILL AT MT. LEBANON CO., A COOPERATIVE ASSOCIATION, | : | No. 305 WAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| IHP/BOWER HILL, LLC, A LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.